*AO 120 (Rev. 08/10)*

|  | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|
| TO: | | |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:

____ Trademarks or **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:18–cv–16708–BRM–TJB | DATE FILED<br>12/3/2018 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. | | DEFENDANT<br>LUPIN ATLANTIS HOLDINGS SA |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6,777,423 B2 | 8/17/2004 | BOEHRINGER INGELHEIM PHARMA KG |
| 2 6,908,928 B2 | 6/21/2005 | BI PHARMA KG |
| 3 7,309,707 B2 | 12/18/2007 | BOEHRINGER INGELHEIM PHARMA GMBH |
| 4 7,642,268 B2 | 01/05/2010 | BOEHRINGER INGELHEIM PHARMA GMBH |
| 5 | | |

In the above––entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Jamie Holland | DATE<br>12/3/2018 |
|---|---|---|

**Copy 1**––Upon initiation of action, mail this copy to Director  **Copy 3**––Upon termination of action, mail this copy to Director
**Copy 2**––Upon filing document adding patent(s), mail this copy to Director  **Copy 4**––Case file copy